**Jesse Brown GRAVES, Plaintiff— Appellant,**

v.

**Harley G. LAPPIN, Commissioner, Federal Bureau of Prisons; B.A. Bledsoe, Warden, Defendants—Appellees.**

No. 05–6655.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 29, 2005.

Decided Oct. 6, 2005.

Jesse Brown Graves, Appellant Pro Se.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jesse Brown Graves, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Graves v. Lappin,* No. CA–04–50–1–FPS (N.D.W.Va. Apr. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*